

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00241-CV

**IN THE INTEREST OF J.E.P.** and E.D.P., Children

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2017PA00213
Honorable Karen Crouch, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. No costs of court are taxed in this appeal.

SIGNED October 10, 2018.

_____
Patricia O. Alvarez, Justice